# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHESTER BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9121** |
| **DARRYL VANNOY** | **SECTION: M (3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 6), and the petitioner's objections to the Report and Recommendation (R. Doc. 7), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's request for a stay is **DENIED** and that his federal application for habeas corpus relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of June, 2019.

_____
**BARRY W. ASHE**
**UNITED STATES DISTRICT JUDGE**